# KURZMAN EISENBERG CORBIN & LEVER, LLP
## ATTORNEYS AT LAW

ONE NORTH BROADWAY
WHITE PLAINS, NEW YORK 10601
TEL: (914) 285-9800
FAX: (914) 285-9855

LAWRENCE S. BLUMBERG, ESQ.
LBLUMBERG@KELAW.COM
DIRECT PHONE: 914 259-2366
DIRECT FAX: 914 993-6019

January 12, 2026

The Honorable Kari A. Dooley
U.S. District Court for the District of Connecticut
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard – Suite 417
Bridgeport, CT 06604

Re: United States of America vs. Sasha May - Case # 3:25-cr-00114-KAD-1

Dear Judge Dooley:

My law firm represents Pamela Sloan and Stephen May in their personal estate planning. Ms. Sloan and Mr. May are the parents of Sasha May, formerly known as Owen May ("Sasha"), the defendant in the above-referenced case. My clients have requested that we write this letter to inform the Court of their plans to support their daughter during her lifetime and after their deaths.

During their lifetimes, Ms. Sloan and Mr. May will continue to fully support Sasha financially. Ms. Sloan is a partner at a prominent New York City law firm and Mr. May is a retired schoolteacher. My office is preparing new estate planning documents for Ms. Sloan and Mr. May, through which they will provide significant financial support to Sasha after their deaths. Upon their deaths, Ms. Sloan and Mr. May are making a significant bequest to a trust that will be solely for Sasha's benefit, and which will be controlled by an independent Trustee. The Trustee will have broad discretion to make distributions for Sasha's benefit, but must prioritize ensuring Sasha's continued access to treatment. Sasha will not be able to directly access or manage the Trust assets, but must rely on the Trustee to provide the financial support she needs.

We are pleased to provide any additional information that you may need. Please feel free to email me at lblumberg@kelaw.com or call my office 914-259-2366, or to reach out to my colleague, Clare Haugh, Esq. at chaugh@kelaw.com, (914) 259-2367.

Respectfully,

Lawrence S. Blumberg

cc: Clare Haugh, Esq.
1487996-3