| | |
|---|---|
| **From:** | Ward, Patrick (BOP) |
| **To:** | Lembo, Christopher (USACT) |
| **Cc:** | Patel, Neeraj (USACT); Scannell-Vessella, Stephanie (BOP); Ziemiecki, Robert (BOP) |
| **Subject:** | RE: BOP PREA Safety Standards RFI |
| **Date:** | Wednesday, December 17, 2025 7:27:03 AM |

Chris,

I followed up with our PREA Coordinator here at Devens, Associate Warden Henderson, who in turn sought some clarification from our National PREA Coordinator in Washington, DC.

Here is how she explained what you may be talking about:

Hi AW Henderson,

There are two things they could be referencing:

1. Could be the article Ziemiecki forwarded. This had no change to BOP standards nor does it even change the actual PREA standard. All that is saying is that auditors should no longer look at those sections of the statute when determining an agency's compliance. This ensures BOP institutions can still be found compliant with PREA audits, as they have been ordered to follow E.O. 14168 (which states, among other things, there are only two sexes and the federal government does not recognize transgender).
    AND/OR

2. The BOP was specifically called to follow E.O. 14168, so in essence, we were not applying certain PREA standards, because the E.O. does not recognize transgender individuals. However, injunctions were put in place by the courts on June 4 and 10, ordering the BOP to revert back to accommodations for individuals diagnosed with Gender Dysphoria. On July 16, 2025, the agency provided guidance that indicated any inmate with a current or future diagnosis of Gender Dysphoria should be afforded the same accommodations prior to the E.O. This included hormone treatment, commissary items, special pat searches (tied to PREA), and review of housing to ensure sexual safety (tied to PREA). The main difference here is that previously an inmate just had to self-identify as transgender, whereas now they must have the diagnosis in BEMR to receive accommodations.

Hope this helps,
Jessica

*Jessica M. Seaton, Ph.D.*
National PREA Coordinator
Federal Bureau of Prisons
▬▬▬▬▬▬▬▬

Washington, DC 20534

---

**From:** Lembo, Christopher (USACT) <Christopher.Lembo@usdoj.gov>
**Sent:** Thursday, December 11, 2025 2:17 PM
**To:** Ward, Patrick (BOP)
**Cc:** Patel, Neeraj (USACT) <Neeraj.Patel@usdoj.gov>; Scannell-Vessella, Stephanie (BOP) ; Ziemiecki, Robert (BOP)
**Subject:** RE: BOP PREA Safety Standards RFI

Thanks for the update, Patrick. We appreciate it.

Very respectfully,

Christopher J. Lembo
Assistant United States Attorney
United States Attorney's Office
District of Connecticut
157 Church Street
New Haven, CT 06510

---

**From:** Ward, Patrick (BOP)
**Sent:** Wednesday, December 10, 2025 10:53 AM
**To:** Lembo, Christopher (USACT) <Christopher.Lembo@usdoj.gov>
**Cc:** Patel, Neeraj (USACT) <Neeraj.Patel@usdoj.gov>; Scannell-Vessella, Stephanie (BOP) ; Ziemiecki, Robert (BOP)
**Subject:** RE: BOP PREA Safety Standards RFI

Never heard of this or about this. Rob Z in my office shared this with me just now.
[Internal memo halts oversight of prison rape protections for trans inmates : NPR](#)

I know nothing more about this as we received no guidance or information on it. Not sure what I can tell you other than to see what kind of discovery request you have and maybe sending to our Central Office to see what it is you need?
Im here in the office tomorrow and Friday 7-4.



Patrick

---

**From:** Lembo, Christopher (USACT) <Christopher.Lembo@usdoj.gov>
**Sent:** Wednesday, December 10, 2025 10:16 AM
**To:** Ward, Patrick (BOP)
**Cc:** Patel, Neeraj (USACT) <Neeraj.Patel@usdoj.gov>
**Subject:** BOP PREA Safety Standards RFI

Hi Patrick,

We received a discovery request this week regarding a change in LQBTQ specific PREA safety standards in BOP facilities. Do you have a few minutes at some point this week to discuss over the phone? Thank you in advance for your time and assistance.

Very respectfully,

Christopher J. Lembo
Assistant United States Attorney
United States Attorney's Office
District of Connecticut
157 Church Street
New Haven, CT 06510